IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JAN 0 7 2015
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TRACIE MARIE JORDAN, Defendant. | CR 11–11–M–DWM ORDER |

Defendant Tracie Marie Jordan filed a pro se motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255. After the motion was filed, Colin Stephens filed a notice of appearance on Defendant's behalf for the purpose of seeking a sentence reduction under 18 U.S.C. § 3582(c)(2). The Court appointed Mr. Stephens to represent Defendant on her pending § 2255 and either file a motion to withdraw the § 2255 motion or file an amended motion. (Doc. 39.) Defendant has since filed an unopposed motion to withdraw her § 2255 motion. (Doc. 40.)

IT IS ORDERED that Defendant's unopposed motion to withdraw her §

1

2255 motion (Doc. 40) is GRANTED.

IT IS FURTHER ORDERED that Defendant's § 2255 motion (Doc. 34) is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close the civil file by entering, by separate document, a judgment of dismissal.

Dated this 7th day of January, 2015.

Donald W. Molloy, District Judge
United States District Court